COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. WELLS FARGO BANK & UNION TRUST CO., Executor with the Will Annexed of the ESTATE OF Frederick C. TALBOT, Deceased, Respondent.

No. 7630.

Circuit Court of Appeals, Ninth Circuit.

Oct. 8, 1934.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered judgment of Board of Tax Appeals reversed, and cause remanded, with directions that Board enter a decision in respect of the federal tax liability of the estate of Frederick C. Talbot, deceased, for the period of March 19 to December 31, 1919, ordering and deciding that there is no overpayment of tax, that the overassessment of tax to be abated is $19,268.41, and that the unpaid portion of the current tax liability is $8,397.55, exclusive of interest as provided by law.

Henry DAVIS, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 7362.

Circuit Court of Appeals, Fifth Circuit.

Oct. 16, 1934.

In forma pauperis.

Henry Davis, of Atlanta, Ga., in pro. per.

Lawrence S. Camp, U. S. Atty., and H. T. Nichols, Sp. Atty., both of Atlanta, Ga., for appellee.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment is affirmed.